CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Phyl Grace, Esq., SBN 171771
Mary Melton, Esq., SBN 164407
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

EDWARD A. KRAUS (SBN: 162043)
ekraus@svlg.com
KATHRYN E. BARRETT (SBN: 162100)
mws@svlg.com
SILICON VALLEY LAW GROUP
One North Market Street, Suite 200
San Jose, CA 95113
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
Attorneys for Defendants
Tom L. Hall and Eleane Hall

APPROVED
Judge Edward J. Davila
10/25/2017

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>TOM L. HALL, in individual and representative capacity as trustee; ELEANE HALL, in individual and representative capacity as trustee; and Does 1-10,<br><br>   Defendants. | Case: 5:17-CV-02773-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: 10/24/17              CENTER FOR DISABILITY ACCESS

                             By: __/s/Phyl Grace_____
                                 Phyl Grace
                                 Attorneys for Plaintiff

Dated: 10/24/17              SILICON VALLEY LAW GROUP

                             By: /s/Edward A. Kraus_____
                                 Edward A. Kraus
                                 Kathryn E. Barrett
                                 Attorneys for Defendants
                                 Tom L. Hall and Eleane Hall

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Edward A. Kraus, counsel for Tom L. Hall and Eleane Hall, and that I have obtained Mr. Kraus's authorization to affix his electronic signature to this document.

Dated: 10/24/17                    CENTER FOR DISABILITY ACCESS

                       By:  _/s/Phyl Grace_____
                            Phyl Grace
                            Attorneys for Plaintiff